IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTA L. PEREZ, et al.,

      Plaintiffs

        v.

HILTON INTERNATIONAL OF PUERTO
RICO, INC. d/b/a Caribe Hilton
San Juan, et al.,

      Defendants

CIVIL NO. 07-1039 (JP)

## FINAL JUDGMENT

The Court has before it the parties' stipulation for dismissal with prejudice (No. 13).  Pursuant thereto the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint against all defendants.  This judgment is entered without the imposition of costs or attorneys' fees.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 17th day of May, 2007.

                             s/Jaime Pieras, Jr.
                              JAIME PIERAS, JR.
                  U.S. SENIOR DISTRICT JUDGE